KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00614-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>ECF Nos. 12, 13 |

SFR Investments Pool 1, LLC ("SFR") and Federal National Mortgage Association ("Fannie Mae") hereby state and stipulate as follows:

1. On May 17, 2022, Fannie Mae filed a motion to dismiss. [ECF No. 12.]

2. Currently, SFR's response is due May 31, 2022.

3. SFR requires additional time to adequately respond to the motion and the parties agree to extend SFR's time to file its respond to June 13, 2022.

…

- 1 -

5. The parties represent this stipulation is not entered to cause delay or prejudice any party.

| Dated this 31st day of May, 2022 | Dated this 31st day of May, 2022. |
|---|---|
| **Akerman LLP** | **Hanks Law Group** |
| /s/*Nicolas E. Belay*<br>Nicolas E. Belay, Esq.<br>Nevada Bar No. 15175<br>1635 Village Center Circle Suite 200<br>Las Vegas, NV 89134<br>*Counsel for Federal National Mortgage Ass'n* | /s/ *Karen L. Hanks*<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110 Las Vegas, NV 89139<br>*Counsel for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 13, 2022