K<small>AREN</small> L. H<small>ANKS</small>, E<small>SQ</small>.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
C<small>HANTEL</small> M. S<small>CHIMMING</small>, E<small>SQ</small>.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
H<small>ANKS</small> L<small>AW</small> G<small>ROUP</small>
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00614-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS [ECF NO. 12]**<br><br>**SECOND REQUEST**<br><br>ECF No. 16 |

SFR Investments Pool 1, LLC ("SFR") and Federal National Mortgage Association ("Fannie Mae") hereby state and stipulate as follows:

1. On May 17, 2022, Fannie Mae filed a motion to dismiss. [ECF No. 12.]

2. Currently, SFR's response is due June 13, 2022.

3. SFR requires additional time to adequately respond to the motion and the parties intend to discuss settlement which may alleviate the need for further briefing. As such, the parties agree to extend SFR's time to file its response to July 1, 2022.

///

- 1 -

4. SFR requires additional time to adequately respond to the motion and the parties agree to extend SFR's time to file its respond to July 1, 2022.

| Dated this 13th day of June, 2022 | Dated this 13th day of June, 2022. |
|---|---|
| **Akerman LLP** | **Hanks Law Group** |
| */s/ Nicolas E. Belay*<br>Nicolas E. Belay, Esq.<br>Nevada Bar No. 15175<br>1635 Village Center Circle Suite 200<br>Las Vegas, NV 89134<br>*Counsel for Bank of America, N.A.* | */s/ Karen L. Hanks*<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Counsel for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
June 14, 2022