ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:22-cv-00614-JAD-VCF |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION TO FILE A REPLY SUPPORTING ITS MOTION TO DISMISS [ECF NO. 12]** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | **(FIRST REQUEST)**   [ECF No. 19] |

Defendant Federal National Mortgage Association (**Fannie Mae**) and Plaintiff SFR Investments Pool 1, LLC, by and through their respective counsel of record, stipulate and agree that Fannie Mae shall have an additional fourteen (14) days, up to and including **Friday, July 22, 2022**, to file a reply supporting its motion to dismiss [ECF No. 12] in this matter.  The current deadline for Fannie Mae's reply is Friday, July 8, 2022 [ECF No. 18].  The parties enter into this stipulation to address current time and scheduling constraints on Fannie Mae's counsel.

…

…

…

…

This is the parties' first stipulation to extend the time for Fannie Mae to file a reply supporting its motion. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| DATED: July 8, 2022. | DATED: July 8, 2022. |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| */s/ Nicholas E. Belay* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Federal National Mortgage Association* | */s/ Karen L. Hanks* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

7-12-2022
_____
**DATED**

2